UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                              CASE NO. 04 B 05567

   JAMES STEWART
   DOROTHY STEWART                                  CHAPTER 13

                                                    JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-7113      SSN XXX-XX-5457

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 02/13/2004 and was confirmed 04/01/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 12/08/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AUSTIN BANK OF CHICAGO | SECURED | 1508.12 | 498.44 | 1508.12 |
| AUSTIN BANK OF CHICAGO | MORTGAGE ARRE | 173.72 | .00 | 173.72 |
| AMERICREDIT FINANCIAL SV | SECURED | 5253.26 | 1736.11 | 5253.26 |
| BANK OF AMERICA NA | CURRENT MORTG | .00 | .00 | .00 |
| BANK OF AMERICA NA | MORTGAGE ARRE | 9797.09 | .00 | 9797.09 |
| ASPIRE VISA | UNSEC W/INTER | 3497.77 | 633.89 | 3497.77 |
| CAPITAL ONE BANK | FILED LATE | 1148.11 | .00 | .00 |
| CAPITAL ONE SERVICES | UNSEC W/INTER | NOT FILED | .00 | .00 |
| CBE GROUP 3362 | UNSEC W/INTER | NOT FILED | .00 | .00 |
| PROVIDIAN BANKCORP | UNSEC W/INTER | NOT FILED | .00 | .00 |
| RESURGENT ACQUISITION LL | UNSEC W/INTER | 262.99 | 45.73 | 262.99 |
| AMERICREDIT FINANCIAL SV | UNSEC W/INTER | 428.39 | 77.74 | 428.39 |
| CAPITAL ONE BANK | FILED LATE | 901.08 | .00 | .00 |
| CAPITAL ONE BANK | FILED LATE | 1286.14 | .00 | .00 |
| RESURGENT CAPTIAL SERVIC | FILED LATE | 3792.03 | .00 | .00 |
| DEANNA M FULCE | UNSEC W/INTER | 2958.24 | 284.65 | 2958.24 |
| AFNI | NOTICE ONLY | NOT FILED | .00 | .00 |
| STATE FARM INSURANCE | NOTICE ONLY | NOT FILED | .00 | .00 |
| ST IL DEPT TRANSPORTATIO | NOTICE ONLY | NOT FILED | .00 | .00 |
| ZALUTSKY & PINSKI LTD | DEBTOR ATTY | 2,324.00 | | 2,324.00 |
| TOM VAUGHN | TRUSTEE | | | 1,837.82 |
| DEBTOR REFUND | REFUND | | | 32.04 |

              Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
--------------------------------------------------------------------------------
| TRUSTEE | 31,350.00 | |
| | | |
| PRIORITY | | .00 |
| SECURED | | 16,732.19 |
| INTEREST | | 2,234.55 |

                  PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 04 B 05567 JAMES STEWART & DOROTHY STEWART

```
UNSECURED                                        7,147.39
        INTEREST                                 1,042.01
ADMINISTRATIVE                                   2,324.00
TRUSTEE COMPENSATION                             1,837.82
DEBTOR REFUND                                       32.04
                          ---------------   ---------------
TOTALS                      31,350.00          31,350.00
```

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 03/05/09                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE